# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No. **5:26-cv-04093-DTB** Date: **August 7, 2026**

Title: **Albert Zhamagortsyan v. Warden, Adelanto ICE Processing Center, et al.**

===========================================================

**DOCKET ENTRY**

===========================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice
Deputy Clerk

n/a
Court Reporter

ATTORNEYS PRESENT FOR PETITIONER:
None present

ATTORNEYS PRESENT FOR RESPONDENT:
None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING LODGING OF DOCUMENTS**

On July 1, 2026, petitioner Albert Zhamagorsyan ("Petitioner"), through counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"). (Docket No. 1). The Petition alleges the following claims for habeas relief: (1) "Violation of Procedural Process – Constitutionally Inadequate Bond Hearing;" and (2) "Violation of Due Process – Unreasonably Prolonged Detention Without Adequate Process." (Id. at 6-8; see id. at 10-12). Petitioner seeks, among other things, Petitioner's immediate release from custody or in the alternative, a prompt, individualized and constitutionally adequate bond hearing at which the government bears the burden of justifying Petitioner's continued detention by clear and convincing evidence. (Id. at 13).

On July 29, 2026, Respondents filed an Answer to the Petition (Docket No. 8), accompanied by four exhibits (Docket Nos. 8-1 through 8-4).

On July 31, 2026, Petitioner filed a Reply to the Answer. (Docket No. 20).

Although Petitioner challenges the constitutional adequacy of the May 14, 2026 bond hearing and the July 20, 2026 bond redetermination hearing, neither Petitioner nor Respondents have provided the Court with a copy of the transcripts of those hearings or the Immigration Judge's May 14, 2026 Order denying Petitioner bond.

Respondents are hereby ORDERED to lodge with the Court, within ten (10) days of the date of this Order, the transcript from the May 14, 2026 bond hearing, the

Immigration Judge's May 14, 2026 Order denying Petitioner bond, the transcript of the July 20, 2026 bond re-determination hearing, and all exhibits submitted to the Immigration Judge(s) in support of the May 14, 2026 bond hearing and the July 20, 2026 bond re-determination hearing.

**IT IS SO ORDERED**.



Initials of Deputy Clerk RAM