**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No. **5:26-cv-04093-DTB** Date: **August 24, 2026**

Title: **Albert Zhamagortsyan v. Warden, Adelanto ICE Processing Center, et al.**

================================================================

**DOCKET ENTRY**

================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| | |
|---|---|
| Rachel Maurice | n/a |
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PETITIONER: | ATTORNEYS PRESENT FOR RESPONDENT: |
|---|---|
| None present | None present |

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING SUR-REPLY**

On August 17 and 18, 2026 (pursuant to the Court's August 7, 2026 Order, see Docket No. 10), Respondents lodged the transcripts from the May 14, 2026 bond hearing and the July 20, 2026 bond redetermination hearing, and the exhibits submitted to the Immigration Judge for those hearings. (See Docket Nos. 11-12).

In light of those transcripts and exhibits, Petitioner will be afforded the opportunity to file a Sur-Reply. Petitioner is ORDERED to file either a Sur-Reply or a Notice of No Sur-Reply **by no later than September 1, 2026.**

**IT IS SO ORDERED**.