**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No. **5:26-cv-04093-DTB** Date: **August 27, 2026**

Title: **Albert Zhamagortsyan v. Warden, Adelanto ICE Processing Center, et al.**

==============================================================

**DOCKET ENTRY**

==============================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rebecca Camacho — Deputy Clerk

n/a — Court Reporter

ATTORNEYS PRESENT FOR PETITIONER: None present

ATTORNEYS PRESENT FOR RESPONDENT: None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING RESPONSE TO SUR-REPLY**

On August 26, 2026 (pursuant to the Court's August 24, 2026 Order, see Docket No. 13), Petitioner filed a Sur-Reply. (Docket No. 14).

Respondents are ORDERED to file a Response to the Sur-Reply **by no later than September 3, 2026.**

**IT IS SO ORDERED**.